UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RHONDA FLOOD,

    Plaintiff,

v.                                                                              Case No. 3:17-cv-3-J-20JRK

OPTIMUM OUTCOMES, INC.,

    Defendant.
_____/

## ORDER

    This matter is before this Court on the parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. 14). In this pleading, the parties stipulate to the dismissal of this action with prejudice.

    Accordingly, it is **ORDERED**:

    1. The parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. 14) is **GRANTED**;

    2. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is **DISMISSED with prejudice** with each party to bear their own attorney's fees, costs and expenses; and

    3. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

    **DONE AND ENTERED** at Jacksonville, Florida, this 20 day of March, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Stefan Alvarez, Esq.
Matthew Robert Rosenkoff, Esq.